UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:20-cv-00559- ER
Date Filed: 1/23/2020
Court Date:

Keybank National Association

*Plaintiff*

vs

Direct Building Products Corp., and Yoel Deen

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Justine Vendittelli, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/18/2020**, at **7:32 PM** at **6 Nancy Lane, Spring Valley, NY 10977**, Deponent served the within **Summons in a Civil Action and Complaint, Exhibit A - F; FED.R. CIV. P. 7.1 Corporate Disclosure Statement**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Direct Building Products Corp. c/o Yoel Deen, CEO**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Yoel Deen** said individual to be **Chief Executive Officer** who specifically stated he/she was **authorized** to accept service on behalf of the Corporation/Government Agency/Entity. A description of Yoel Deen is as follows:

**Sex**: Male  **Color of skin**: White  **Color of hair**: Brown  **Age**: 35
**Height**: 5ft4in-5ft8in  **Weight**: 131-160 Lbs.  **Other**:

Sworn to before me on March 5, 2020

Heather Mathe
NOTARY PUBLIC STATE OF NY
No.01MA6388964; Qualified in Westchester County
My Commission Expires March 18, 2023

Client's File No.:

Process Server, Please Sign
Justine Vendittelli
Lic#
Job #: 2003754

NYS FINEST INC
PO BOX 203
CARLE PLACE NY 11514
(516) 997-9252