UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Index Number: 1:20-cv-00559-ER
Date Filed: 1/23/2020
Court Date:

Keybank National Association

Plaintiff

vs

Direct Building Products Corp., and Yoel Deen

Defendant

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

**AFFIDAVIT OF SERVICE**

Justine Vendittelli, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **2/18/2020**, at **6:05 PM** at **6 Nancy Lane, Spring Valley, NY 10977**, Deponent served the within **Summons in a Civil Action and Complaint, Exhibit A - F; FED.R. CIV. P. 7.1 Corporate Disclosure Statement**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Yoel Deen, Defendant** therein named, ( hereinafter referred to as "subject").

By delivering thereat a true copy of each to **MRS. DEEN (Wife), a person of suitable age and discretion**.

Said premises is subject's **dwelling house (usual place of abode)** within the state. A description of **MRS. DEEN** is as follows:

**Sex**: Female    **Color of skin**: White    **Color of hair**: Head wrap    **Age**: 35
**Height**: Under 5ft    **Weight**: 100-130 Lbs.    **Other**:

On **February 21, 2020**, service was completed by mailing a true copy of the above stated document(s) to the Defendant at the above stated address, in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

I asked the person spoken to, on whether the subject was in active military service or financially dependent upon any one who is in the military service of the United States or of the State of NEW YORK in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon that information and belief I assert that the recipient is not in the military service of NEW YORK State or of the United States as that term is defined in either the State or in Federal statutes.

Sworn to before me on March 5. 2020

_Heather Mathe_
Heather Mathe
NOTARY PUBLIC STATE OF NY
No.01MA6388964; Qualified in Westchester County
My Commission Expires March 18, 2023

Client's File No.:

Process Server, Please Sign
Justine Vendittelli
Lic#

Job #: 2003770
NYS FINEST INC
PO BOX 203
CARLE PLACE NY 11514
(516) 997-9252