UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEYBANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT BUILDING PRODUCTS CORP., and YOEL DEEN,<br><br>Defendants. | Civil Action No.: 1:20-cv-559-ER<br><br>**ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANTS DIRECT BUILDING PRODUCTS CORP., AND YOEL DEEN** |

This action having been commenced on January 23, 2020, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served upon Defendants Direct Building Products Corp., and Yoel Deen, on February 18, 2020, and proof of service thereof having been filed thereafter with the Court, and Defendants having not answered the Complaint and the time for answering having expired, it is:

**ORDERED, ADJUDGED, AND DECREED**: That the Plaintiff have judgment against Defendants Direct Building Products Corp., and Yoel Deen, in the amount of $514,568.51, plus statutory post-judgment interest.

Dated: July 2, 2020

So Ordered.

_____
Hon. Edgardo Ramos, U.S.D.J.